1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

| GARIEANNE MARIE AREIAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:15-cv-00104-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

16

17  On January 21, 2015, Plaintiff Garieanne Marie Areias ("Plaintiff") filed the complaint in

18  this action seeking judicial review of the final decision of Defendant Commissioner of Social

19  Security ("Defendant") denying Plaintiff's application for benefits under the Social Security Act.

20  (ECF No. 1.)  Plaintiff filed an application to proceed in forma pauperis without prepayment of

21  the filing fee on the same day.  (ECF No. 3.)

22  In order to proceed in court without prepayment of the filing fee, Plaintiff must submit an

23  affidavit demonstrating that he "is unable to pay such fees or give security therefor."  28 U.S.C.

24  § 1915(a)(1).  In assessing whether a certain income level meets the poverty threshold under

25  Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the

26  Department of Health and Human Services.  See, e.g., Lint v. City of Boise, No. CV09-72-S-

27  EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).

28  / / /

1

1    Plaintiff's application states that no other person depends upon Plaintiff for support and

2  Plaintiff has a spouse.  The 2015 Poverty Guidelines for the 48 contiguous states for a household

3  of two is $15,930.00.  2015 Poverty Guidelines, http://aspe.hhs.gov/poverty/15poverty.cfm (last

4  visited January 21, 2015).

5    Plaintiff states that her spouse earns $1,800.00 per month in income.  Plaintiff also states

6  that she receives $1,000.00 per month as a gift from her children to help pay the bills.   This

7  amounts to $33,600.00 per year.  Plaintiff also indicates that she pays approximately $2,272.00

8  per month for bills and expenses.  Plaintiff owns a house and two cars, though the house is under

9  water.

10    Plaintiff's application to proceed in forma pauperis demonstrates that Plaintiff is able to

11  pay the $400.00 filing fee in this action as her household's monthly income is significantly

12  higher than her household's monthly expenses.  Plaintiff's household's monthly income is also

13  significantly higher than the poverty threshold reported in the 2015 Poverty Guidelines.

14    Based upon the foregoing, the Court finds that Plaintiff is not eligible to proceed in forma

15  pauperis under 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that Plaintiff's

16  application to proceed in forma pauperis is DENIED and Plaintiff shall pay the $400.00 filing fee

17  within thirty (30) days.  If the filing fee is not paid within thirty (30) days, this action will be

18  dismissed.

19

20  IT IS SO ORDERED.

21  Dated:  **January 22, 2015**

                                              UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

2